IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.    ) | CASE NO. 2:23-CR-385-LSC-JTA |
| ) | |
| AUBREY KEITH BRYANT ) | |

## ORDER

It is ORDERED that the Report and Recommendation Concerning Plea of Guilty (Doc. # 27) entered by the United States Magistrate Judge, to which Notices of No Objection have been filed (Docs. # 29, 31), is ADOPTED.  The Court accepts the Defendant's plea of guilty to Count Two of the Indictment, and the Defendant is adjudged guilty of such offense.

**DONE** and **ORDERED** on May 3, 2024.

_____
L. Scott Coogler
United States District Judge

202713